1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JOVANY S. PORTADES,

11              Plaintiff,                    No.  2:11-cv-3404 JFM (PC)

12         vs.

13    LUSK, et al.,

14              Defendants.             ORDER

15    _____/

16              Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action

17    pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed an in forma pauperis affidavit or

18    paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the

19    opportunity either to submit the appropriate affidavit in support of a request to proceed in forma

20    pauperis or to submit the appropriate filing fee.

21              In accordance with the above, IT IS HEREBY ORDERED that:

22              1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit

23    in support of his request to proceed in forma pauperis on the form provided by the Clerk of

24    Court, or the appropriate filing fee; any application to proceed in forma pauperis must be

25    prepared on the form provided with this order and must bear the case number assigned to this

26    action; plaintiff's failure to comply with this order may result in the dismissal of this action; and

1            2.   The Clerk of the Court is directed to send plaintiff a new Application to

2    Proceed In Forma Pauperis By a Prisoner.

3    DATED: January 10, 2012.

4

5                                                    _____
                                                     UNITED STATES MAGISTRATE JUDGE
6

7    /mp
     port3404.3a
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5                         IN THE UNITED STATES DISTRICT COURT

6                      FOR THE EASTERN DISTRICT OF CALIFORNIA

7    JOVANY S. PORTADES,

8              Plaintiff,                     No. 2:11-cv-3404 JFM (PC)

9         vs.

10   LUSK, et al.,                            SUBMISSION OF

11             Defendants.                    IFP or FILING FEE

12   _____/

13            Plaintiff hereby submits the following document in compliance with the court's

14   order filed _____:

15            _____        IFP affidavit

16            _____        The appropriate filing fee

17   DATED:

18

19                                    _____

20                                    Plaintiff

21

22

23

24

25

26