IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOVANY S. PORTADES, | | |
| | Plaintiff, | No. 2:11-cv-3404 JFM (PC) |
| vs. | | |
| MR. LUSK, et al., | | |
| | Defendants. | ORDER TO SHOW CAUSE |
| _____/ | | |

      Plaintiff is a county jail inmate proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). By an order filed March 28, 2012, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

      Accordingly, IT IS HEREBY ORDERED that within twenty days from the date of this order plaintiff shall show cause in writing, if any he has, why this action should not be

/////

/////

/////

1

dismissed without prejudice for failure to comply with the court's March 28, 2012 order. See Fed. R. Civ. P. 41(b); L.R. 110.

DATED: May 16, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
port3404.osc