IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOVANY S. PORTADES,

      Plaintiff,                      No. 2:11-cv-3404 JFM P

      vs.

MR. LUSK, et al.,

      Defendants.             ORDER

_____/

        Plaintiff is a county jail inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to proceed before the undersigned pursuant to 28 U.S.C. § 636(c). By order filed May 17, 2012, plaintiff was ordered to show cause, within twenty days, why his action should not be dismissed for his failure to comply with the court's March 28, 2012 order. The twenty day period has now expired and plaintiff has not shown cause or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: June 18, 2012.

UNITED STATES MAGISTRATE JUDGE

12;port3404.fsc

1